| AO 10<br>Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT<br>INITIAL FILING | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Whinery, Brenda M. | 2. Court or Organization<br><br>U.S. Bankruptcy Court, District of Arizona | 3. Date of Report<br><br>04/03/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☑ Initial    ☐ Annual    ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>02/28/2013 |
| 7. Chambers or Office Address<br><br>James A. Walsh U.S. Courthouse<br>38 S. Scott Ave<br>Tucson, AZ 85701 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |
| 2. | Shareholder, President (terminated 12/31/2012) | Mesch, Clark & Rothschild, P.C. |
| 3. | Trustee (terminated 12/31/2012) | Mesch, Clark & Rothschild, P.C. - Pension and Profit Sharing Plan |
| 4. | Partner (terminated 12/31/2012) | 259 N Meyer Assoc. II |
| 5. | Member (terminated 12/31/2012) | 285-295 N Meyer Assoc. LLC |
| 6. | Creditor Trustee (terminated 1/24/2013) | Estate of Fort Defiance Housing Corp. (Court Appointed Chapter 11 Trustee) |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2002 | Mesch, Clark & Rothschild 401(k) Retirement Plan (in process of removing funds to qualified rollover accounts) |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whinery, Brenda M. | 04/03/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | 2011 | Mesch, Clark & Rothschild, P.C. | $333,740.00 |
| 2. | 2012 | Mesch, Clark & Rothschild, P.C. | $575,636.00 |
| 3. | Jan. 2013 | Mesch, Clark & Rothschild, P.C. | $43,501.00 |
| 4. | Dec. 2012 | Mesch, Clark & Rothschild, P.C. (stock buyout) | $27,500.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Exempt | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Whinery, Brenda M.** | 04/03/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Exempt | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Chase Card Services | Credit Card | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whinery, Brenda M. | 04/03/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America - Accounts | A | Interest | K | T | Exempt | | | | |
| 2. Chase Bank - Accounts | A | Interest | L | T | Exempt | | | | |
| 3. Trust #1 | | | | | Exempt | | | | |
| 4. -Bank of America - Account | B | Interest | O | T | Exempt | | | | |
| 5. Wells Fargo Brokerage Account - Trust | | | | | Exempt | | | | |
| 6. -Cash - Wells Fargo | A | Interest | L | T | Exempt | | | | |
| 7. -Alerian MLP - Stock ETF | B | Dividend | K | T | Exempt | | | | |
| 8. -Chevron Corp Stock | A | Dividend | J | T | Exempt | | | | |
| 9. -National Retail PPTYS Stock | B | Dividend | K | T | Exempt | | | | |
| 10. -Bank of America Corp Stock | A | Dividend | | | Sold | 01/15/13 | J | A | |
| 11. -Ford Motor Credit Co Bond | A | Interest | K | T | Exempt | | | | |
| 12. -Goldman Sachs Group Bond | A | Interest | K | T | Exempt | | | | |
| 13. -Citigroup Funding Inc Bond | A | Interest | K | T | Exempt | | | | |
| 14. -Hartford Financial Services Bond | A | Interest | K | T | Exempt | | | | |
| 15. -Morgan Stanley Bond | A | Interest | K | T | Exempt | | | | |
| 16. -General Motors Preferred Stock | B | Dividend | K | T | Exempt | | | | |
| 17. -Vanguard Index 500 Trust | A | Dividend | K | T | Exempt | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whinery, Brenda M. | 04/03/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Golf Links Green Building LLC | C | Distribution | K | U | Exempt | | | | |
| 19. -Forbes Warehouse LLC | C | Distribution | K | U | Exempt | | | | |
| 20. -NW Ambulatory Building LLC | D | Distribution | K | U | Exempt | | | | |
| 21. -Fremont Street LLC | A | Distribution | K | U | Exempt | | | | |
| 22. -259 N Meyer Assoc II | A | Distribution | | | Sold | 12/31/12 | M | F | Partnership re-purchased |
| 23. -285-295 N Meyer LLC | C | Distribution | | | Sold | 12/31/12 | K | A | LLC re-purchased |
| 24. Wells Fargo IRA | | | | | Exempt | | | | |
| 25. -Cash | A | Interest | L | T | Exempt | | | | |
| 26. -Walt Disney Co. Stock | A | Dividend | J | T | Exempt | | | | |
| 27. -General Electric Co. Stock | A | Dividend | J | T | Exempt | | | | |
| 28. -Home Depot Inc. Stock | A | Dividend | J | T | Exempt | | | | |
| 29. -Intel Corp Stock | A | Dividend | J | T | Exempt | | | | |
| 30. -Int'l Rectifier Corp Stock | A | Dividend | J | T | Exempt | | | | |
| 31. -Manpower Group Stock | A | Dividend | J | T | Exempt | | | | |
| 32. -Dow Chemical Bond | A | Interest | K | T | Exempt | | | | |
| 33. -Pimco FDS Total Return Fund | A | Interest | K | T | Exempt | | | | |
| 34. Mesch, Clark & Rothschild 401(k) | | | | | Exempt | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whinery, Brenda M. | 04/03/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Wells Fargo Brokerage Acct Cash | A | Interest | M | T | Exempt | | | | |
| 36. -Fremont LLC | C | Distribution | K | U | Exempt | | | | |
| 37. -Wattis Runway Drive | C | Distribution | K | U | Exempt | | | | |
| 38. -Morgan Stanley Bond | A | Interest | K | T | Exempt | | | | |
| 39. -John Hancock Lifestyle Growth Fund | B | Dividend | L | T | Exempt | | | | |
| 40. Mesch, Clark & Rothschild Stock | | None | | | Sold | 12/31/12 | J | | Sold back to Partners |
| 41. 529 Account - Washington Mutual Investors Funds-ShareClass C | B | Dividend | K | T | Exempt | | | | |
| 42. Jackson National Life Annuity | A | Interest | L | T | Exempt | | | | |
| 43. Northwesten Mutual Adjustable Comp Life | B | Dividend | M | T | Exempt | | | | |
| 44. Vanguard Index 500 | E | Dividend | J | T | Exempt | | | | |
| 45. Wells Fargo Brokerage Account | | | | | | | | | |
| 46. -Walt Disney Co. Stock | A | Dividend | J | T | Exempt | | | | |
| 47. -Intel Stock | A | Dividend | J | T | Exempt | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whinery, Brenda M. | 04/03/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Whinery, Brenda M. | 04/03/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Brenda M. Whinery**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544